SO ORDERED: December 28, 2006.



_____
Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott Lee Templin and | ) | |
| Heather Marie Templin, | ) | CASE NO. 02-20803-AJM-7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Nancy J. Gargula, United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING NO. 04-645 |
| | ) | |
| Scott Lee Templin, | ) | |
| Defendant. | ) | |

**JUDGMENT**

This matter came before the Court for trial upon the complaint filed by the United States Trustee (the "UST") to deny Scott Lee Templin a discharge of his debts. Trial on the complaint was held on December 13, 2006 where the UST appeared by counsel, Mark Drummond and

Charles Wharton; the Defendant appeared in person and by counsel, Bret Clement. The Court heard the evidence and considered the arguments of counsel. At the conclusion of the trial, the Court from the bench ruled that the UST did not meet the burden under 11 U.S.C. §727(a)(7) and (a)(4)(A) of proving that Templin knowingly and fraudulently made a false oath when he filed inaccurate financial reports in the Reliable Technical Services, Inc. chapter 11 case. The Court has entered its written Findings of Fact and Conclusions of Law with respect to this matter. In accordance with those findings and conclusions, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant, Scott Lee Templin should NOT be denied a discharge of his debts under 11 U.S.C. §727(a)(7) and (a)(4)(A).

# # #

Distribution:

Charles Wharton/ Mark Drummond, Attorneys for the Plaintiff
Bret Clement, Attorney for the Defendant/ Debtor
Case Trustee